599 F.2d 1052
 Scroggins
v.
Associates Financial Services Co., Inc.*
**
 No. 78-3754
 United States Court of Appeals, Fifth Circuit
 7/12/79
 
 1
 N.D.Ga.
 
 
 2
 AFFIRMED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966
 
 
 ***
 Opinion contains citation(s) or special notations